750 A.2d 304

COMMONWEALTH of Pennsylvania, Petitioner,

v.

Brian S. HIMES, Respondent.

Supreme Court of Pennsylvania.

May 17, 2000.

## *ORDER*

PER CURIAM:

AND NOW, this 17th day of May, 2000, the Petition for Allowance of Appeal is hereby **GRANTED**, the order of the Superior Court is **VACATED**, and the matter is **REMANDED** to the trial court to consider the effect of this Court's recent decision in *Department of Transp. v. Kline,* 559 Pa. 646, 741 A.2d 1281 (1999).